(162 App. Div. 794)

COHN v. ANSONIA REALTY CO.   (No 5750.)

(Supreme Court, Appellate Division, First Department.   June 5, 1914.)

Appeal from Trial Term, New York County.
Action by Joan Cohn against the Ansonia Realty Company.  From a judgment for plaintiff and denial of new trial, defendant appeals.  Affirmed.
Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and HOTCHKISS, JJ.

George J. McDonnell, of New York City, for appellant.
Wales F. Severance, of New York City, for respondent.

SCOTT, J.  This action was tried with that of Aida Cohn, who was plaintiff's wife.

For the reason stated in the case of said Aida Cohn against the same defendant, 148 N. Y. Supp. 39, this judgment and order should be affirmed, with costs.

INGRAHAM, P. J., and CLARKE and HOTCHKISS, JJ., concur.

McLAUGHLIN, J. (dissenting). This action was brought to recover damages for loss of services of plaintiff's wife. It was tried with her action to recover damages for her injuries. Plaintiff had a recovery of $1,000.

For the reasons stated by me in the opinion in Aida Cohn v. Ansonia Realty Company (decided herewith), I think this judgment and order should be reversed, and a new trial granted.